UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

CALVARY CHRISTIAN CENTER,
    Plaintiff,

v.                                      Civil Action No. 3:11-CV-342-JAG

CITY OF FREDERICKSBURG, VIRGINIA,
    Defendant.

## ORDER

This matter is before the Court on the motion of the American Civil Liberties Union of Virginia, Inc., for leave to file a brief *amicus curiae* in opposition to the motion to dismiss filed by the defendant, the City of Fredericksburg. Upon due consideration, the motion is hereby GRANTED.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: June 27, 2011
Richmond, VA